# EXHIBIT A

A CONFIDENTIAL REPORT BY



# Data Reporting Corp.

**SEARCH RESULTS**

| | |
|---|---|
| REPORT FOR: | Lynne Polino at 4470 |
| REF. NO: | None |
| DATE: | 06/15/20 |
| INDEX DATE: | 06/05/20 |
| IRS INDEX DATE: | 03/14/20 |
| DRC REF. NO: | 560010 |

REGARDING:     CHIP'S SOUTHINGTON, LLC

JURISDICTION:   Secretary of the State – Connecticut

A search has been conducted of the records of the Uniform Commercial Code Division to determine if there are presently effective UCC Financing Statements, Municipal Tax Liens, State Tax Liens, Federal Tax Liens, Judgment Notices or other filings of record which name the above-captioned.

[ **X** ]  There are  3  presently effective records under the debtor name.

  [ **X** ]  See attached
   1) 3343812
   2) 3344556
   3) 3350329

If we may be of further assistance, please advise.

330 Roberts Street, Suite 203, East Hartford, CT 06108-3654
Email: datareporting@frontier.com
Tel 800-570-7750  Tel 860-282-0685  Fax 800-672-8635

The information contained in this report is strictly confidential.  Although obtained from sources deemed reliable, the accuracy of same is not guaranteed.  No liability is assumed by the searcher.



**SECRETARY OF THE STATE OF CONNECTICUT**
**UCC-1 FINANCING STATEMENT**

```
FILING #0003147992  PG 1 OF 3
VOL   00604   PAGE   1929
FILED ON 11/04/2016 10:31 AM
SECRETARY OF THE STATE OF CONNECTICUT
```

**1. DEBTOR NAMES AND ADDRESSES:**

BUSINESS NAME : CHIP'S SOUTHINGTON, LLC
ADDRESS1 : 321 BOSTON POST ROAD
ADDRESS2 :
ADDRESS3 :
CITY/STATE/ZIP : ORANGE , CT  06477
COUNTRY :

**2. SECURED PARTY NAMES AND ADDRESSES:**

BUSINESS NAME : M&T BANK
ADDRESS1 : ONE M&T PLAZA
ADDRESS2 :
ADDRESS3 :
CITY/STATE/ZIP : BUFFALO , NY  14203
COUNTRY :

**3. ASSIGNOR NAMES AND ADDRESSES:**

NONE

```
FILING #0003147992  PG 2 OF 3
     VOL  00604  PAGE  1930
  FILED ON 11/04/2016 10:31 AM
SECRETARY OF THE STATE OF CONNECTICUT
```

**4. This FINANCING STATEMENT covers the following collateral:**

All personal property and fixtures of Debtor, wherever located, whether now existing or owned or hereafter arising or acquired, whether or not subject to the Uniform Commercial Code, as the same may be in effect in the State of New York, as amended from time to time, and whether or not affixed to any realty, including, without limitation, (i) all accounts, chattel paper, investment property, deposit accounts, documents, goods, equipment, farm products, general intangibles (including trademarks, service marks, trade names, patents, copyrights, licenses and franchises), instruments, inventory, money, letter of credit rights, causes of action (including tort claims) and other personal property (including agreements and instruments not constituting chattel paper or a document, general intangible or instrument); (ii) all additions to, accessions to, substitutions for, replacements of and supporting obligations of the foregoing; (iii) all proceeds and products of the foregoing, including, without limitation, insurance proceeds; and (iv) all business records and information relating to any of the foregoing and any software or other programs for accessing and manipulating such information.

```
FILING #0003147992  PG 3 OF 3
   VOL  00604  PAGE  1931
   FILED ON 11/04/2016 10:31 AM
SECRETARY OF THE STATE OF CONNECTICUT
```

**5. ALTERNATIVE DESIGNATION** (if applicable) :

☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR
☐ BAILEE/BAILOR
☐ SELLER/BUYER
■ NONE

**6. DEBTOR IS** (if applicable) :

☐ TRUST
☐ TRUSTEE ACTING WITH RESPECT TO PROPERTY HELD IN TRUST
☐ DESCENDANT'S ESTATE
■ NONE

**7. Check only if applicable** :

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with Public Finance Transaction
■ NONE

**8. OPTIONAL FILER REFERENCE DATA :**

CT - GSA



**SECRETARY OF THE STATE OF CONNECTICUT**
**UCC-1 FINANCING STATEMENT**

```
FILING #0003343812 PG 1 OF 3
   VOL X-00140 PAGE 0562
  FILED 12/06/2019 01:52 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

| |
|---|
| **1. DEBTOR NAMES AND ADDRESSES:**<br>　　　　BUSINESS NAME: CHIP'S SOUTHINGTON, LLC<br>　　　　　　ADDRESS 1: 99 EXECUTIVE BOULEVARD<br>　　　　　　ADDRESS 2:<br>　　　　　　ADDRESS 3:<br>　　　　CITY/ STATE/ ZIP: SOUTHINGTON,CT 06489<br>　　　　　　COUNTRY: |
| **2. SECURED PARTY NAMES AND ADDRESSES:**<br>　　　　BUSINESS NAME: FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE<br>　　　　　　ADDRESS 1: 914 S STREET / SPRS@FICOSO.COM<br>　　　　　　ADDRESS 2:<br>　　　　　　ADDRESS 3:<br>　　　　CITY/ STATE/ ZIP: SACRAMENTO,CA 95811<br>　　　　　　COUNTRY: |
| **3. ASSIGNOR NAMES AND ADDRESSES:**<br>　　NONE |

```
FILING #0003343812 PG 2 OF 3
    VOL X-00140 PAGE 0563
  FILED 12/06/2019 01:52 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

**4. This FINANCING STATEMENT covers the following collateral :**

Collateral - All present and future assets of the Debtor. Notice - Pursuant to an agreement between Debtor and Secured Party, debtor has agreed not to grant a security interest in the above collateral to any other entity. Accordingly, the acceptance of any security interest by anyone other than the Secured Party is likely to constitute the tortious interference with the Secured Party?s rights. In the event that any entity is granted a security interest in Debtor?s accounts, chattel paper or general intangibles contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity.

```
FILING #0003343812 PG 3 OF 3
    VOL X-00140 PAGE 0564
  FILED 12/06/2019 01:52 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

**5. ALTERNATIVE DESIGNATION (if applicable) :**

☐ LESSEE / LESSOR
☐ CONSIGNEE / CONSIGNOR
☐ BAILEE / BAILOR
☐ SELLER / BUYER
▣ NONE

**6. DEBTOR IS (if applicable) :**

☐ TRUST
☐ TRUSTEE ACTING WITH RESPECT TO PROPERTY HELD IN TRUST
☐ DESCENDANT's ESTATE
▣ NONE

**7. Check only if applicable :**

☐ Debtor is a TRANSMITTING UTILITY
☐ Field in connection with Public Finance Transaction
▣ NONE

**8. OPTIONAL FILER REFERENCE DATA :**

[UCC1-461386] C425961

```
FILING #0003344556 PG  01 OF  03 VOL U-00692
FILED 12/09/2019 08:30 AM PAGE   01273
           SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE
```

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

0C0027 0E-9 19

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

1739 33487
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Connecticut (S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Chip's Southington, LLC

1c. MAILING ADDRESS: 99 Executive Blvd
CITY: Southington
STATE: CT
POSTAL CODE: 06489
COUNTRY: USA

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b)...

(blank)

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

3c. MAILING ADDRESS: P.O. Box 2576   UCCSPREP@CSCINFO.COM
CITY: Springfield
STATE: IL
POSTAL CODE: 62708
COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:

Receivables (as defined in the Purchase of Receivables Agreement between Debtor and Secured Party - the "Purchase Agreement")) sold to Secured Party from time to time pursuant to Purchase Agreement(s). Such transaction is a sale, not an assignment, of a security interest. Said Receivables are not absolutely deliverable so long as there does not exist a Structural Default (as defined in the Purchase Agreement). Secured Party also has a current security interest in all of Debtor's accounts (other than the purchased Receivables), and, upon the occurrence of a Structural Default, a continuing priority security interest in all assets of Debtor, whether now owned or hereafter acquired and wherever located, including, but not limited to: (1) all chattel paper, commercial tort claims, documents, equipment, farm products, fixtures, general intangibles, instruments, inventory, investment property and letter-of- credit rights (as those terms are defined in Article 9 of the Uniform Commercial Code in effect from time-to-time in the State of Ohio); (2) all liquor licenses and/or permits; (3) all trademarks, trade names, service marks, logos and other sources of business identifiers, and all registrations, recordings and applications with U.S. Patent and Trademark Office and all renewals, reissues and extensions thereof (collectively, "Trademarks"), together with any written agreement granting any right to use any

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☑ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
1739 33487

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

FILING #0003344556 PG 02 OF 03 VOL U-00692
FILED 12/09/2019 08:30 AM PAGE 01274
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
Chip's Southington, LLC

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

**10c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

**11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Trademarks; and (4)all proceeds and products (as those terms are defined in Article 9 of the Uniform Commercial Code in effect from time-to-time in the State of Ohio) of the foregoing and any additions and accessions thereto or substitutions thereof.

Notice - Pursuant to the Purchase Agreement between Debtor and Secured party, Debtor has agreed not to grant a security interest in the Receivables to any other party. Accordingly, the acceptance of any security interest by anyone

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14. This FINANCING STATEMENT:**
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15. Name and address of a RECORD OWNER of real estate described in item 16** (if Debtor does not have a record interest):

**16. Description of real estate:**

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

FILING #0003344556 PG  03 OF  03 VOL U-00692
FILED 12/09/2019 08:30 AM PAGE  01275
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME: **Chip's Southington, LLC**

9b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME:
10b. INDIVIDUAL'S SURNAME:
INDIVIDUAL'S FIRST PERSONAL NAME:
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:
10c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY:

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME:
11b. INDIVIDUAL'S SURNAME: | FIRST PERSONAL NAME: | ADDITIONAL NAME(S)/INITIAL(S): | SUFFIX:
11c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY:

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
other than the Secured Party may constitute tortious interference with the Secured Party's rights under the Purchase Agreement. In the event that any other party is granted a security interest in the Receivables in violation of the Purchase Agreement, the Secured Party asserts a claim to any proceeds thereof received by such party.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)



**SECRETARY OF THE STATE OF CONNECTICUT**
**UCC-1 FINANCING STATEMENT**

```
FILING #0003350329 PG 1 OF 3
   VOL X-00143 PAGE 1801
 FILED 01/16/2020 11:55 AM
SECRETARY OF THE STATE OF CONNECTICUT
```

**1. DEBTOR NAMES AND ADDRESSES:**
BUSINESS NAME: CHIP'S SOUTHINGTON, LLC
ADDRESS 1: 99 EXECUTIVE BLVD
ADDRESS 2:
ADDRESS 3:
CITY/ STATE/ ZIP: SOUTHINGTON,CT 06489
COUNTRY:

**2. SECURED PARTY NAMES AND ADDRESSES:**
BUSINESS NAME: C T CORPORATION SYSTEM, AS REPRESENTATIVE
ADDRESS 1: 330 N BRAND BLVD, SUITE 700; ATTN: SPRS
ADDRESS 2:
ADDRESS 3:
CITY/ STATE/ ZIP: GLENDALE,CA 91203
COUNTRY:

**3. ASSIGNOR NAMES AND ADDRESSES:**
NONE

```
FILING #0003350329 PG 2 OF 3
     VOL X-00143 PAGE 1802
   FILED 01/16/2020 11:55 AM
SECRETARY OF THE STATE OF CONNECTICUT
```

**4. This FINANCING STATEMENT covers the following collateral :**

All assets of the Debtor, whether now owned or hereafter acquired or arising

```
FILING #0003350329 PG 3 OF 3
   VOL X-00143 PAGE 1803
  FILED 01/16/2020 11:55 AM
SECRETARY OF THE STATE OF CONNECTICUT
```

**5. ALTERNATIVE DESIGNATION (if applicable) :**

- ☐ LESSEE / LESSOR
- ☐ CONSIGNEE / CONSIGNOR
- ☐ BAILEE / BAILOR
- ☐ SELLER / BUYER
- ☒ NONE

**6. DEBTOR IS (if applicable) :**

- ☐ TRUST
- ☐ TRUSTEE ACTING WITH RESPECT TO PROPERTY HELD IN TRUST
- ☐ DESCENDANT's ESTATE
- ☒ NONE

**7. Check only if applicable :**

- ☐ Debtor is a TRANSMITTING UTILITY
- ☐ Field in connection with Public Finance Transaction
- ☒ NONE

**8. OPTIONAL FILER REFERENCE DATA :**

CT-0-73386681-58421475

# Data Reporting Corp.

330 Roberts Street, Suite 203
East Hartford, CT 06108-3654
Phone 860-282-0685  Fax 860-290-3731
datareporting@frontier.com

**Account No. 4470**

**INVOICE:** 566743

Date: 12/18/2020

Invoice Total: $21.35

GREEN & SKLARZ, LLC
**ATTN:** AMANDA EVANS
ONE AUDUBON STREET, THIRD FLOOR
NEW HAVEN , CT  06511-6431

Payable Upon Receipt
Please Reference Invoice No. On Payment

## INVOICE:

Attention: AMANDA EVANS
Client Ref.:

**INVOICE:** 566743
Date: 12/18/2020

**Jurisdiction:** CONNECTICUT - SECRETARY OF STATE

**Report On:**
CHIP'S SOUTHINGTON, LLC

**Service / Fees:**

| | Qty. | Amount | Extension |
|---|---|---|---|
| UCC, TL, JL SEARCH | 1 | $17.00 | $17.00 |
| COPY  - UCC | 3 | $1.45 | $4.35 |
| | | | |
| | | | |

**Invoice Total:** $21.35
(Less) Payments Received:
Balance Due: $21.35

**Memo:**

THANK YOU, WE APPRECIATE YOUR BUSINESS.

A CONFIDENTIAL REPORT BY



## Data Reporting Corp.

**SEARCH RESULTS**

| | |
|---|---|
| REPORT FOR: | Amanda Evans at 4470 |
| REF. NO.: | None |
| DATE: | 12/18/20 |
| INDEX DATE: | 12/10/20 |
| IRS INDEX DATE: | 11/27/20 |
| DRC REF. NO.: | 566743 |

REGARDING:       CHIP'S SOUTHINGTON, LLC

JURISDICTION:    Secretary of the State – Connecticut

A search has been conducted of the records of the Uniform Commercial Code Division to determine if there are presently effective UCC Financing Statements, Municipal Tax Liens, State Tax Liens, Federal Tax Liens, Judgment Notices or other filings of record which name the above-captioned.

[ X ] There are   5   presently effective filings under the debtor name.

1) 3147992
2) 3343812
3) 3344556
4) 3350329
5) 3382140*

*One filed subsequent to 06/05/20.

Please note, filing #3147992 was found previously but erroneously left off the typed report. See attached copy.

If we may be of further assistance, please advise.

330 Roberts Street, Suite 203, East Hartford, CT 06108-3654
Email: datareporting@frontier.com
Tel 800-570-7750   Tel 860-282-0685   Fax 800-672-8635

The information contained in this report is strictly confidential. Although obtained from sources deemed reliable, the accuracy of same is not guaranteed. No liability is assumed by the searcher.

D.R. 103



**SECRETARY OF THE STATE OF CONNECTICUT**
**UCC-1 FINANCING STATEMENT**

```
FILING #0003382140 PG 1 OF 3
     VOL X-00169 PAGE 0652
   FILED 06/27/2020 02:02 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

### 1. DEBTOR NAMES AND ADDRESSES:

BUSINESS NAME: CHIPS SOUTHINGTON LLC
ADDRESS 1: 99 EXECUTIVE BLVD
ADDRESS 2:
ADDRESS 3:
CITY/ STATE/ ZIP: SOUTHINGTON,CT 06489
COUNTRY:

### 2. SECURED PARTY NAMES AND ADDRESSES:

BUSINESS NAME: U.S. SMALL BUSINESS ADMINISTRATION
ADDRESS 1: 2 NORTH STREET, SUITE 320
ADDRESS 2:
ADDRESS 3:
CITY/ STATE/ ZIP: BIRMINGHAM,AL 35203
COUNTRY:

### 3. ASSIGNOR NAMES AND ADDRESSES:

NONE

```
FILING #0003382140 PG 2 OF 3
       VOL X-00169 PAGE 0653
     FILED 06/27/2020 02:02 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

**4. This FINANCING STATEMENT covers the following collateral :**

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. 554424 7901

```
FILING #0003382140 PG 3 OF 3
    VOL X-00169 PAGE 0654
  FILED 06/27/2020 02:02 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

### 5. ALTERNATIVE DESIGNATION (if applicable) :

- ☐ LESSEE / LESSOR
- ☐ CONSIGNEE / CONSIGNOR
- ☐ BAILEE / BAILOR
- ☐ SELLER / BUYER
- ■ NONE

### 6. DEBTOR IS (if applicable) :

- ☐ TRUST
- ☐ TRUSTEE ACTING WITH RESPECT TO PROPERTY HELD IN TRUST
- ☐ DESCENDANT's ESTATE
- ■ NONE

### 7. Check only if applicable :

- ☐ Debtor is a TRANSMITTING UTILITY
- ☐ Field in connection with Public Finance Transaction
- ■ NONE

### 8. OPTIONAL FILER REFERENCE DATA :